**Jonah C. DAVIS, Plaintiff–Appellant,**

v.

**Ray MABUS, Secretary of Navy, Defendant–Appellee.**

**No. 14–1120.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Jonah C. Davis, Appellant Pro Se. Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonah C. Davis appeals the district court's order dismissing the complaint Davis filed concerning his civilian employment by the United States Navy. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Mabus,* No. 2:12–cv–00467–MSD–TEM (E.D.Va. Sept. 26, 2013; Dec. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*